IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MOHAMAD HAMAD
TALYA A. LUBIT

Magistrate No. 24-1794
**[UNDER SEAL]**

O R D E R

AND NOW, to wit, this 25th day of October 2024, upon consideration of the within Motion to Seal Complaint and Arrest Warrants, it is hereby ORDERED that any and all papers filed in the above-captioned matter, and the within Motion and Order to Seal issued at Magistrate's No. 24-1794 be sealed until further Order of Court.

_____
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney