AO 91 (Rev. 11/11)  Criminal Complaint  (modified 3/31/2020)

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>MOHAMAD HAMAD<br>TALYA A. LUBIT<br><br>*Defendant(s)* | Case No.<br><br>24-mj-1794<br><br>[UNDER SEAL] |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **(see Offense Description below)** in the county of **Allegheny** in the **Western** District of **Pennsylvania**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit an Offense Against the United States, from in and around July 2024, through on or about July 29, 2024 |
| 18 U.S.C. §§ 247(c), 247(d)(5), and 2 | Defacing and Damaging Religious Real Property, on or about July 29, 2024 |

This criminal complaint is based on these facts:

Please see attached Affidavit in Support of Criminal Complaint.

☑ Continued on the attached sheet.

/s/ Brian Collins
*Complainant's signature*

Brian Collins, Special Agent, FBI
*Printed name and title*

Sworn and subscribed before me, by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A).

Date: 10/25/2024

*Judge's signature*

City and state: Pittsburgh, Pennsylvania   Hon. Maureen P. Kelly, United States Magistrate Judge
*Printed name and title*