AO 91 (Rev. 11/11)  Criminal Complaint  (modified 3/31/2020)

# UNITED STATES DISTRICT COURT
## for the
Western District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | |
| MOHAMAD HAMAD | ) | 24-mj-1794 |
| TALYA A. LUBIT | ) | |
| | ) | [UNDER SEAL] |
| | ) | |

_Defendant(s)_

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    (see Offense Description below)    in the county of    Allegheny    in the
Western    District of    Pennsylvania    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit an Offense Against the United States, from in and around July 2024, through on or about July 29, 2024 |
| 18 U.S.C. §§ 247(c), 247(d)(5), and 2 | Defacing and Damaging Religious Real Property, on or about July 29, 2024 |

This criminal complaint is based on these facts:

   Please see attached Affidavit in Support of Criminal Complaint.

☑ Continued on the attached sheet.

_/s/ Brian Collins_
_____
_Complainant's signature_

Brian Collins, Special Agent, FBI
_____
_Printed name and title_

Sworn and subscribed before me, by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A).

Date:    10/25/2024

_____
_Judge's signature_

City and state:    Pittsburgh, Pennsylvania

Hon. Maureen P. Kelly, United States Magistrate Judge
_____
_Printed name and title_