# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
            Plaintiff )
                            )
        vs. ) No. 2:24-mj-1794
                            )
MOHAMAD HAMAD, *et al.,* )
            Defendants )

## HEARING ON PRELIMINARY EXAMINATION
Before Magistrate Judge Kezia O.L. Taylor

| | |
|---|---|
| Carolyn J. Bloch | Yemi Olayia |
| Appear for Plaintiff | Appear for Defendant Mohamad Hamad |
| | |
| | Frank C. Walker |
| | Appear for Defendant Talya A. Lubit |

Hearing begun: 11/6/2024 at 2:14 PM

Hearing concluded: 11/6/2024 at         Court Reporter     Terri Benson

Government Witness:  David Derbish, Task Force Agent for the Federal Bureau of Investigation

Government Exhibits: Exhibits 1 Admitted.

Government began direct examination of the witness. Defense counsel for HAMAD asked that all addresses brought up in testimony be redacted from the transcript. With the government consenting, the Court ordered the addresses redacted from the record. Defense counsel for HAMAD cross examined the witness.  Defense counsel for LUBIT asked the witnesses no questions.  Neither Defendant calls any witnesses.

Government counsel made argument as to probable cause.  Defense counsel for HAMAD reserved the right for argument. Defense counsel for LUBIT made argument that probable cause was not established.  The Court finds that probable cause existed as to both Defendant HAMAD and Defendant LUBIT, and an appropriate order will be entered.

Defense counsel for HAMAD offered Exhibits A, B, C, D and E. With no objection by the government, the Court admitted them. Argument was held regarding the issues with the Order Setting Condition of Release as to Defendant HAMAD only. Counsel for Defendant HAMAD

stated what conditions they would like to address and have removed or reduced. Government counsel responded. The Court ruled as follows:

As to condition 7G – this condition is STRICKEN.

As to condition 7N – this condition is STRICKEN.

As to condition 7O - this condition is STRICKEN.

As to condition 7U – This condition stands. No later than 11/8/2024, the government shall file language proposing how this condition should be revised for clarity. Counsel for Defendant HAMAD shall file a response no later than 11/13/2024 to the government's proposal. Notwithstanding, counsel are encouraged to meet and agree on a proposed change as to this condition.

As to condition 7P – the request to strike this condition is DENIED.

As to condition 7Q – the request to strike this condition is DENIED.